[No. 68331-4-I. Division One. June 4, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL JAMES MUSTARD, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 09-1-00478-0, Leila Mills, J., entered February 7, 2011. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Grosse and Schindler, JJ.

[No. 40548-2-II. Division Two. June 5, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK ANTHONY LEE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 09-1-05281-8, Stephanie A. Arend, J., entered March 17, 2010. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Quinn-Brintnall, J., concurred in by Worswick, C.J.; Armstrong, J., dissenting.

[No. 41180-6-II. Division Two. June 5, 2012.]

NANETTE AURDAL ET AL., *Respondents*, v. JOHN BURNSTON ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Jefferson County, No. 04-2-00362-7, Craddock D. Verser, J., entered July 30, 2010. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Penoyar, J.; Quinn-Brintnall, J., dissenting.

[No. 41735-9-II. Division Two. June 5, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. JONATHOM DREW OSIER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 10-1-04033-3, John R. Hickman, J., entered January 28, 2011. *Affirmed* by unpublished opinion per Worswick, C.J., concurred in by Hunt and Johanson, JJ.